# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

*FILED BY ___ D.C.*
*05 AUG -8 AM 8: 10*
*THOMAS M. GOULD*
*CLERK, U.S. DISTRICT COURT*
*W/D OF TN, JACKSON*

TERRY VESTAL,                          )
                                       )
    Petitioner,                        )
                                       )
VS.                                    )       No. 04-1076-T/An
                                       )
GLEN TURNER, Warden,                   )
                                       )
    Respondent.                        )

___

## ORDER OF DISMISSAL

___

Petitioner Terry Vestal, Tennessee Department of Correction ("TDOC") prisoner number 125303, who was, at the time he filed this petition, an inmate at the Hardeman County Correctional Facility, filed a petition pursuant to 28 U.S.C. § 2254 on April 14, 2004.

On April 14, 2005, the respondent filed a Suggestion of Death indicating that the petitioner died on February 17, 2005. A copy of the petitioner's death certificate has now been submitted. As the respondent has provided verification that the petitioner is deceased, the petition for writ of habeas corpus is hereby DISMISSED as moot. The Clerk is directed to prepare a judgment accordingly. IT IS SO ORDERED.

*James D. Todd*
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

*5 August 2005*
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on ___08-08-05___

⑪

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 1:04-CV-01076 was distributed by fax, mail, or direct printing on August 8, 2005 to the parties listed.

---

Mark A. Fulks
ATTORNEY GENERAL'S OFFICE (NashvilleCr)
P.O. Box 20207
Nashville, TN 37202

Terry V. Vestal
HCCF-WHITEVILLE
125303
P.O. Box 549
Whiteville, TN 38075--054

Honorable James Todd
US DISTRICT COURT