# United States District Court

WESTERN DISTRICT OF TENNESSEE
Eastern Division



TERRY VESTAL

v.

GLEN TURNER, Warden

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   04-1076-T/An

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

It appearing to the court that the petitioner in this matter died on February 17, 2005, IT IS ORDERED AND ADJUDGED that in compliance with the order of dismissal entered in the above-styled matter on 08/08/05, this case is hereby DISMISSED as moot.

APPROVED:

*(signed)* JAMES D. TODD
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

THOMAS M. GOULD
CLERK

8/9/05                   BY:  *(signed)* C. Head
DATE                          DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  8/10/05  .

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 1:04-CV-01076 was distributed by fax, mail, or direct printing on August 10, 2005 to the parties listed.

---

Mark A. Fulks
ATTORNEY GENERAL'S OFFICE (NashvilleCr)
P.O. Box 20207
Nashville, TN 37202

Terry V. Vestal
HCCF-WHITEVILLE
125303
P.O. Box 549
Whiteville, TN 38075--054

Honorable James Todd
US DISTRICT COURT